IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUDOLPH LEADER,

       Plaintiff,                  No. CIV S-08-2123 KJM P

    vs.

CALIFORNIA DEPARTMENT OF       ORDER
CORRECTIONS AND
REHABILITATION, et al.,

       Defendants.

_____/

       Plaintiff's complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) against defendant Maciel under the Eighth Amendment. Therefore the court will order service of process on defendant Maciel. With respect to the other persons and claims identified in plaintiff's complaint, plaintiff's complaint fails to state a claim upon which relief can be granted.

       Accordingly, IT IS HEREBY ORDERED that:

       1. Service is appropriate for defendant Maciel.

       2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the complaint filed September 10, 2008.

/////

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for defendant Maciel; and

    d. Two copies of the endorsed complaint filed September 10, 2008.

4. Plaintiff need not attempt service on defendant Maciel and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: November 19, 2009.

_____
U.S. MAGISTRATE JUDGE

1
lead2123.ord

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUDOLPH LEADER,

      Plaintiff,                        No. CIV S-08-2123 KJM P

    vs.

CALIFORNIA DEPARTMENT OF            NOTICE OF SUBMISSION
CORRECTIONS AND
REHABILITATION, et al.,                  OF DOCUMENTS

      Defendants.

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      \_\_\_\_\_      completed summons form

      \_\_\_\_\_      completed USM-285 form

      \_\_\_\_\_      copies of the _____
                                    Complaint

DATED:

                                                         Plaintiff