IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUDOLPH PEDRO LEADER,

    Plaintiff,     No. CIV-S-08-2123 WBS DAD (TEMP) P

  vs.

DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.     ORDER
_____/

        On September 9, 2010, defendant filed a motion for summary judgement. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Within thirty days of the date of this order, plaintiff shall file an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action be pursuant Federal Rule of Civil Procedure 41(b).

/////
/////
/////
/////
/////
/////

1

2. The dates established in the court's March 19, 2010 scheduling order for the filing of pretrial statements are vacated. The Clerk of the Court is directed to administratively terminate the motion filed by defendant Maciel on December 22, 2010.

DATED: January 13, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

kc
lead2123.46